UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WHOLESALE SCREENING SOLUTIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cv-00158-RLY-MPB |
| ) | |
| CRIMINAL RESEARCH AND ) | |
| INVESTIGATIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On the Court's own motion, the **SETTLEMENT CONFERENCE** currently set in-person on **DECEMBER 3, 2020** at 9:00 a.m., Evansville time (CST), is hereby **CONVERTED** to a **TELEPHONIC SETTLEMENT CONFERENCE** before the Honorable Matthew P. Brookman, United States Magistrate Judge. The date and time of the settlement conference shall remain unchanged. **The information needed by the parties to participate in this telephonic conference will be provided by a separate notification.**

**SO ORDERED.**

Dated: November 20, 2020

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.