UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WHOLESALE SCREENING SOLUTIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 3:20-cv-00158-RLY-MPB |
| ) | |
| CRIMINAL RESEARCH AND ) | |
| INVESTIGATIONS, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER TO FILE STIPULATION OF DISMISSAL**

This matter is before the Court sua sponte. On December 3, 2020, the parties to this case advised the Magistrate Judge that they had reached an agreement to settle the case. More than forty-five (45) days have passed and the parties have failed to file their Stipulation of Dismissal.

The parties are ORDERED to file their Stipulation of Dismissal by not later than thirty (30) days from the date of this Order. The parties' failure to file the necessary stipulation of dismissal by that date may result in an order of involuntary dismissal being entered pursuant to Fed. R. Civ. P 41(b) for failure to comply with this Order of the Court.

SO ORDERED this 20th day of January, 2021.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF registered counsel of record.