UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WHOLESALE SCREENING SOLUTIONS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>CRIMINAL RESEARCH AND INVESTIGATIONS, INC., LAUREN ZULUAGA, STACI LAIRD ZULUAGA, AND DEBRA KELLER<br><br>DEFENDANTS. | CAUSE NO. 3:20-cv-158-RLY-MPB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Wholesale Screening Solutions LLC, Defendants and Third Party Plaintiffs, Criminal Research and Investigations, Inc., Lauren Zuluaga, Staci Laird Zuluaga, and Debra Keller, and Third Party Defendants, Reference Services, Inc., David A. Stinnett, and The Stinnett Family Trust, through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with each party bearing its own fees and costs.  This will conclude this case.

- 2 -

<u>*John L. Tate*</u>
John L. Tate, Ky Bar No. 69830
jtate@stites.com
**STITES & HARBISON, PLLC**
400 West Market Street, 18th Flr.
Louisville, KY 40202
Telephone: (502) 681-0460

Douglas B. Bates, Bar No. 16355-10
Chelsea R. Stanley, Bar No. 32770-22
cstanley@stites.com
dbates@stites.com
**STITES & HARBISON, PLLC**
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566

COUNSEL FOR PLAINTIFF, WHOLESALE SCREENING SOLUTIONS LLC. and THIRD PARTY DEFENDANTS, REFERENCE SERVICES, INC., DAVID A. STINNETT, THE STINNETT FAMILY TRUST

<u>*Brittney B. Rykovich* (*with permission*)</u>
Brittney B. Rykovich
brykovich@grsm.com
Kelly V. Milam
kmilam@grsm.com
GORDON REES SCULLY MANSUKHANI
333 N. Alabama Street, Suite 350
Indianapolis, IN 46204
Telephone: (317) 581-8523

COUNSEL FOR THIRD PARTY DEFENDANTS, REFERENCE SERVICES, INC., DAVID A. STINNETT, THE STINNETT FAMILY TRUST

<u>*Christopher D. Lee* (*with permission*)</u>
Christopher D. Lee
chris.lee@dinsmore.com
Kristina M. Swanson
kristina.swanson@dinsmore.com
James M. Boyers
jim.boyers@dinsmore.com
Crystal S. Wildeman
crystal.wildeman@dinsmore.com
DINSMORE & SHOHL LLP
25 NW Riverside Drive, Suite 1800
Evansville, IN 47708
Telephone: (812) 401-6151

COUNSEL FOR DEFENDANTS and THIRD PARTY PLAINTIFFS, CRIMINAL RESEARCH AND INVESTIGATIONS, INC., LAUREN ZULUAGA, STACI LAIRD ZULUAGA and DEBRA KELLER