UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WHOLESALE SCREENING SOLUTIONS LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>CRIMINAL RESEARCH AND INVESTIGATIONS, INC., LAUREN ZULUAGA, STACI LAIRD ZULUAGA, AND DEBRA KELLER<br><br>DEFENDANTS. | CAUSE NO. 3:20-cv-158-RLY-MPB |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal filed by the Parties in this cause, this cause of action is hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.  This is a final and appealable order, there being no just reason for delay.

2/22/2021

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on
all ECF-registered counsel of record
via email generated by the court's
ECF system.